No. 338. DAHLSTROM METALLIC DOOR CO. ET AL. *v.* INDUSTRIAL BOARD OF NEW YORK. Argued January 14, 15, 1932. Decided January 18, 1932. *Per Curiam:* As this case is governed by principles set forth in *New York Central R. Co.* v. *White,* 243 U. S. 188, and *Mountain Timber Co.* v. *Washington,* 243 U. S. 219, the judgment is affirmed. *Mr. Robert H. Jackson* for appellants. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Joseph A. McLaughlin,* Assistant Attorney General, were on the brief for appellee. *Messrs. John W. Reynolds,* Attorney General of Wisconsin, *Mortimer Levitan,* Assistant Attorney General, and *Walter F. Dodd,* by leave of Court, filed a brief on behalf of the State of Wisconsin as *amicus curiae.*